IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02325-CBS

JEFFR[E]Y B. SAFFER,
    Plaintiff,
v.

CLUB HOLDINGS, LLC, a Delaware Limited Liability Company,
    Defendant.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Unopposed Motion for Leave to File Amended Complaint" (filed March 5, 2012) (Doc. # 27).  On December 13, 2011, this action was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c) and D.C. COLO. LCivR 72.2.  (*See* Doc. # 15).  The court has reviewed the Motion, the tendered "First Amended Complaint" (Doc. # 27-1), the entire case file, and the applicable law and is sufficiently advised in the premises.  Plaintiff represents that Defendant does not oppose the Motion.  Accordingly,

    IT IS ORDERED that Plaintiff's "Unopposed Motion for Leave to File Amended Complaint" (filed March 5, 2012) (Doc. # 27) is GRANTED.  The tendered "First Amended Complaint" (Doc. # 27-1) is accepted for filing as of the date of this Order.

    DATED at Denver, Colorado this 7th day of March, 2012.

                                          BY THE COURT:

                                            s/ Craig B. Shaffer
                                          United States Magistrate Judge