IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 11-cv-02325-CBS

JEFFREY B. SAFFER,
    Plaintiff,
v.

CLUB HOLDINGS, LLC, a Delaware Limited Liability Company,
    Defendant.
_____

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE
_____

This civil action comes before the court on the parties' "Stipulation of Dismissal with Prejudice" (filed June 22, 2012) (Doc. # 35). On December 13, 2011, this case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (See Doc. # 15). The court now being sufficiently advised in the premises, IT IS ORDERED that:

    1.    The parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his or its own attorney fees and costs.

    2.    All deadlines and settings in this case are hereby vacated.

DATED at Denver, Colorado, this 22nd day of June, 2012.

BY THE COURT:

    s/Craig B. Shaffer
    United States Magistrate Judge